

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Tuvia Rotberg**
**Partner**
**212-216-1172**
**trotberg@tarterkrinsky.com**

<u>**Via ECF**</u>                                                                                April 26, 2023

The Honorable Eric R. Komitee, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *The Ridge Wallet, LLC v. Bemmo Inc.*, No. 1:23-cv-02091-EK-TAM
     <u>Unopposed Request for Extension of Time to Respond to Complaint</u>

Dear Judge Komitee:

   We represent Defendant Bemmo Inc. ("Defendant") in the above-referenced matter. We write, pursuant to Your Honor's Individual Rule I.C, to request a 30-day extension of time for Defendant to answer, move, or otherwise respond to the Complaint (ECF No. 1, "Complaint") in this matter.

   Defendant's response to the Complaint is currently due on April 28, 2023. If the 30-day extension is granted, Defendant's response would be due on or before **May 29, 2023**.

   The reason for the requested extension is that Defendant requires additional time to review and investigate the allegations in the Complaint and prepare a response. Although Plaintiff The Ridge Wallet, LLC ("Plaintiff") states that it served Defendant via the New York Secretary of State on April 7, 2023 (ECF No. 6), Defendant just learned about this action approximately two days ago because it inadvertently had an old address on file with the Secretary of State. This is the first request for an extension of time in this matter. We have conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested 30-day extension.

            Respectfully submitted,

            *s/ Tuvia Rotberg*

            Tuvia Rotberg

cc: All Counsel of Record via ECF