UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE RIDGE WALLET LLC,

               Plaintiff,

  - against -

BEMMO INC.,

               Defendants,
-------------------------------------------------------------X

Case No. 1:23-cv-02091-EK-TAM

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Caroline M. Vermillion of K&L Gates LLP hereby enters her appearance in this action as counsel for Plaintiff The Ridge Wallet LLC. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:  New York, New York
           June 27, 2023

Respectfully submitted,

K&L GATES LLP

By: */s/ Caroline M. Vermillion*
Caroline M. Vermillion
599 Lexington Avenue
New York, New York 10022-6030
Email: caroline.vermillion@klgates.com
Phone: (212) 536-3987
Fax: (212) 536-3901
*Counsel for Plaintiff The Ridge Wallet LLC*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies this 27th day of June, 2023 that a true and correct copy of the foregoing Notice of Appearance of Counsel for Plaintiff The Ridge Wallet LLC was served upon counsel of record by way of the Court's ECF system.

*/s/ Caroline M. Vermillion*
Caroline M. Vermillion

306728423 v1