**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

THE RIDGE WALLET LLC,

                      Plaintiff,

     v.

BEMMO INC.,

                    Defendant.

Case No. 1:23-cv-02091-EK-TAM

**DEFENDANT BEMMO INC.'S NOTICE OF MOTION**
**AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all of the prior pleadings and proceedings in this Action, Defendant Bemmo Inc. ("Defendant"), by and through its undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint (ECF No. 13) filed by Plaintiff The Ridge Wallet LLC.  As discussed in the accompanying Memorandum, Defendant seeks an Order dismissing all Counts of the First Amended Complaint for failure to state a claim upon which relief can be granted and granting Defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: August 31, 2023          By: *s/ Tuvia Rotberg*

Tuvia Rotberg
Sandra A. Hudak
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.:      (212) 216-8000
Fax:      (212) 216-8001
E-mail:  trotberg@tarterkrinsky.com
            shudak@tarterkrinsky.com

**Attorneys for Defendant Bemmo Inc.**