CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 5/15/2024
TIME IN COURT: 19 MIN

DOCKET NUMBER: 23-CV-2091
TITLE: THE RIDGE WALLET LLC V. BEMMO INC.

FTR LOG: Recorded on AT&T Conference Bridge

APPEARANCES:

    Plaintiff(s): Benjamin Weed, Caroline Vermillion
    Defendant(s): Sandra Hudak, Tuvia Rotberg

SUMMARY: Case called. Discussion held in advance of 5/17/2024 oral argument. Plaintiff's counsel stated that the plaintiff will not seek leave to amend on the question of patent marking.