<u>CIVIL CAUSE FOR ORAL ARGUMENT</u>

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 5/17/2024
TIME IN COURT: 2 HR 4 MIN

DOCKET NUMBER: 23-CV-2091
TITLE: <u>THE RIDGE WALLET LLC V. BEMMO INC.</u>

FTR LOG: 10:19-12:22
ESR OPERATOR: LOAN HONG

APPEARANCES:

    Plaintiff(s): Benjamin Weed, Gina Johnson
    Defendant(s): Sandra Hudak

SUMMARY: Case called. Discussion held on defendant's [17] Motion to Dismiss. Decision reserved. The parties are to meet and confer as discussed on the record, following which plaintiff will file an updated description of the trade dress at issue in a form amenable to both parties; the parties are also directed to file a status report with the court as discussed on the record. Both submissions shall be due by May 31, 2024.