AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| The Ridge Wallet LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-02091-EK-TAM |
| Bemmo Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Ridge Wallet LLC                                                                                                .

Date:     08/14/2025

/s/ Erik J. Halverson
*Attorney's signature*

Erik J. Halverson (Bar No. 5983127)
*Printed name and bar number*

K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

*Address*

erik.halverson@klgates.com
*E-mail address*

(415) 882-8238
*Telephone number*

(415) 882-8220
*FAX number*