IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
THE RIDGE WALLET LLC,                   :
                                                            :
             Plaintiff,                         :   Case 1:23-cv-02091-EK-TAM
                                                            :
    v.                                                 :
                                                            :
BEMMO INC.,                                         :
                                                            :
             Defendant.                    :
                                                            :
---------------------------------------------------------- X

## REQUEST FOR STATUS CONFERENCE

Plaintiff The Ridge Wallet LLC ("Ridge" or "Plaintiff") hereby submits this Request for Status Conference in the above-captioned case.

Ridge filed this action on March 17, 2023. On May 17, 2024, the parties conducted a hearing on Defendant Bemmo Inc.'s ("Bemmo" or "Defendant") Motion to Dismiss. Dkt. No. 19. During that hearing, the Court ordered Ridge to file an updated description of the trade dress at issue; Ridge did so, as ordered, on May 31, 2024. Dkt. No. 20.

Since that filing, the only new docket entries relate to (a) a Notice of Supplemental Authority Ridge filed on April 4, 2025 addressing the status of other cases in which Ridge is asserting its intellectual property (Dkt. No. 21) and (b) Ridge changing its local counsel (Dkt. Nos. 21-23). While Ridge has tried to discuss settlement with Bemmo, those talks have not been fruitful.

Ridge reached out to Bemmo to request agreement to submit this Request as a *joint* request; Bemmo's counsel replied "[w]e do not see a basis for a 'request for a status conference.' Our understanding of the status of the case is that the Court heard argument on Defendant's motion and will decide it in due course."

Ridge hereby requests the scheduling of a status conference to discuss the status of this case with the Court.  Ridge is available at the Court's convenience for such a conference.

Dated:  November 6, 2025                                             Respectfully submitted,

                                                                                   */s/ Erik Halverson*
Matthew J. Weldon
Erik Halverson
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
Tel.:  (212) 536-4042
Matthew.Weldon@klgates.com
Erik.Halverson@klgates.com

Benjamin E. Weed
**THE RIDGE WALLET LLC**
104 Main Street, Suite 2C
Park Ridge, IL 60068
ben@ridge.com

**ATTORNEYS FOR PLAINTIFF
THE RIDGE WALLET LLC**