**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE RIDGE WALLET, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BEMMO INC.,<br><br>        Defendant. | Civil Action No. 1:23-cv-02091-EK-TAM |

**CERTIFICATE OF SERVICE**

Pursuant to the Court's December 22, 2025 Order, I, Tuvia Rotberg, hereby certify that:

1. I am an attorney admitted to practice before this Court, and I am a Partner at Tarter, Krinsky & Drogin LLP ("TKD"), counsel for Defendant Bemmo Inc. ("Defendant") in the above-captioned matter.

2. On December 22, 2025, TKD sent a copy of the December 22, 2025 Order to Bemmo Inc., 1042 50th Street #B9, Brooklyn, NY 11219 via FedEx. The FedEx Tracking Information obtained from www.fedex.com indicates that the package was delivered on December 23, 2025.

3. On December 23, 2025, I emailed a copy of the December 22, 2025 Order to an email address that TKD has used to communicate with Defendant in connection with this action. No bounce back emails were received in response to such e-mail.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2026
New York, NY

_____
Tuvia Rotberg