UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE RIDGE WALLET, LLC,

        Plaintiff,

v.

BEMMO INC.,

        Defendant.

Civil Action No. 1:23-cv-02091-EK-TAM

**CERTIFICATE OF SERVICE**

Pursuant to the Court's February 13, 2026 Order, I, Tuvia Rotberg, hereby certify that:

1. I am an attorney admitted to practice before this Court, and I am a Partner at Tarter, Krinsky & Drogin LLP ("TKD"), counsel for Defendant Bemmo Inc. ("Defendant") in the above-captioned matter.

2. On December 19, 2025, TKD sent a copy of the Motion to Withdraw (ECF No. 29) to Bemmo Inc., 1042 50th Street #B9, Brooklyn, NY 11219 via FedEx. The FedEx Tracking Information obtained from www.fedex.com indicates that the package was delivered on December 22, 2025.

3. On February 18, 2026, TKD emailed a copy of the Motion to Withdraw (ECF No. 29) to an email address that TKD has used to communicate with Defendant in connection with this action. No bounce back emails were received in response to such e-mail.

4. On February 18, 2026, TKD sent a copy of the February 13, 2026 Order to Bemmo Inc., 1042 50th Street #B9, Brooklyn, NY 11219 via FedEx. The FedEx Tracking Information obtained from www.fedex.com indicates that the package was delivered on February 19, 2026.

5. On February 17, 2026, I emailed a copy of the February 13, 2026 Order to an email

address that TKD has used to communicate with Defendant in connection with this action. No bounce back emails were received in response to such e-mail.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2026
New York, NY

_____
Tuvia Rotberg