**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

THE RIDGE WALLET, LLC,

        Plaintiff,

        v.

BEMMO INC.,

        Defendant.

Civil Action No. 1:23-cv-02091-EK-TAM

## CERTIFICATE OF SERVICE

Pursuant to the Court's February 24, 2026 Order, I, Tuvia Rotberg, hereby certify that:

1.      I am an attorney admitted to practice before this Court, and I am a Partner at Tarter, Krinsky & Drogin LLP ("TKD"), counsel for Defendant Bemmo Inc. ("Defendant") in the above-captioned matter.

2.      On February 24, 2026, TKD sent a copy of the February 24, 2026 Order to Bemmo Inc., 1042 50th Street #B9, Brooklyn, NY 11219 via FedEx.  The FedEx Tracking Information obtained from www.fedex.com indicates that the package was delivered on February 25, 2026.

3.      On February 24, 2026, TKD emailed a copy of the February 24, 2026 Order to an email address that TKD has used to communicate with Defendant in connection with this action. No bounce back emails were received in response to such e-mail.

4.      On February 25, 2026, TKD emailed the video feed link for the March 4, 2026 status conference to an email address that TKD has used to communicate with Defendant in connection with this action.  No bounce back emails were received in response to such e-mail.

2

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this 27th day of February, 2026
New York, NY

Tuvia Rotberg