**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

THE RIDGE WALLET, LLC,

                Plaintiff,

       v.

BEMMO INC.,

                Defendant.

Civil Action No. 1:23-cv-02091-EK-TAM

## CERTIFICATE OF SERVICE

Pursuant to the Court's March 11, 2026 Order, I, Tuvia Rotberg, hereby certify that:

1.      I am an attorney admitted to practice before this Court, and I am a Partner at Tarter, Krinsky & Drogin LLP ("TKD"), former counsel for Defendant Bemmo Inc. ("Defendant") in the above-captioned matter.

2.      On March 12, 2026, TKD sent copies of the March 4, 2026 and March 11, 2026 Orders to Bemmo Inc., 1042 50th Street #B9, Brooklyn, NY 11219 via FedEx.  The FedEx Tracking Information obtained from www.fedex.com indicates that the package was delivered on March 13, 2026.

3.      On March 11, 2026, TKD emailed copies of the March 4, 2026 and March 11, 2026 Orders to an email address that TKD has used to communicate with Defendant in connection with this action.  No bounce back emails were received in response to such e-mail.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2026
New York, NY

_____
Tuvia Rotberg