**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------- X
THE RIDGE WALLET LLC,                     :
                                          :
              Plaintiff,                  :   Case 1:23-cv-02091-EK-TAM
                                          :
       v.                                 :
                                          :
BEMMO INC.,                               :
                                          :
              Defendant.                  :
                                          :
-------------------------------------------------------- X
```

## NOTICE OF PLAINTIFF THE RIDGE WALLET LLC'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law, the Declarations of Erik Halverson and Sean Frank, and all other relevant papers and pleadings on file with the Court in this matter, Plaintiff The Ridge Wallet LLC ("Ridge"), by and through its attorneys, will move this Court before the Honorable Taryn A. Merkl, United States Magistrate Judge, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Courtroom 13D South, Brooklyn, NY 11201, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 55 granting default judgment and permanent injunctive relief against Defendant Bemmo Inc., and granting such other and further relief as this Court may deem just and proper. The grounds for this motion are set forth in Ridge's Memorandum of Law, submitted herewith.

1

Dated: June 12, 2026
      San Francisco, CA

Respectfully submitted,

K&L GATES LLP

*/s/ Erik J. Halverson*
Erik J. Halverson
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
erik.halverson@klgates.com

Matthew J. Weldon
599 Lexington Avenue
New York, NY 10022
matthew.weldon@klgates.com

*Counsel for Plaintiff The Ridge Wallet LLC*